**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------- x

CHARLES SPRUILL

Plaintiff,

v.

LAUDA TROSS

Defendant.

-------------------------------------------- x

ORDER

26-cv-6376 (GBD)

GEORGE B. DANIELS, District Judge:

A conference is scheduled in this case on August 18, 2026 at 10:00 A.M.

Dated: August 3, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge