**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHARLES SPRUILL,

*Plaintiff,*

*v.*

LAURA TROSS,

*Defendant.*

ORDER

No. 26-CV-6376

**GEORGE B. DANIELS, United States District Judge:**

Plaintiff Charles Spruill ("Spruill") sued Defendant Laura Tross ("Tross") in the Supreme Court of the State of New York, County of New York, over a motor vehicle accident. (Notice of Removal, ECF No. 4, ¶ 1; ECF No. 10 at 1.) Tross removed the case to this Court, invoking diversity jurisdiction on the ground that Spruill is a citizen of New York and she is a citizen of Maryland. (ECF No. 4, ¶¶ 2–3, 6.)

Tross now concedes that, although her car was registered in Maryland and she was living there around the time of the accident, her residency "would be found to be New York for purposes of this litigation." (ECF No. 10 at 1.) On consent of both parties, she asks that the case be remanded to state court. (*Id.*)

As the removing party, Tross carries the burden to establish complete diversity, i.e., that no plaintiff shares a State of citizenship with any defendant. *Blockbuster, Inc. v. Galeno*, 472 F.3d 53, 57 (2d Cir. 2006); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005). An individual's citizenship turns on her domicile. *Palazzo ex rel. Delmage v. Corio*, 232 F.3d 38, 42 (2d Cir. 2000). Tross no longer maintains that she was domiciled in Maryland, as her notice of removal

alleged, so she cannot carry that burden. (*See* ECF No. 4, ¶ 3; ECF No. 10 at 1.) This Court therefore lacks subject-matter jurisdiction, and "the case shall be remanded." 28 U.S.C. § 1447(c).

Accordingly, this action is REMANDED to the Supreme Court of the State of New York, County of New York, Index No. 152234/2026. The status conference scheduled for November 17, 2026, at 10:00 AM, is CANCELLED. The Clerk of Court is respectfully directed to MAIL a certified copy of this Order to the Clerk of the Supreme Court of the State of New York, County of New York, and to CLOSE this case.

**SO ORDERED.**

Dated: OCT 19 2026
New York, New York

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE